1116

No. 73–256. PARRA v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–648. WOLFE v. METROPOLITAN DADE COUNTY ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–657. COX ET AL. v. INTERNATIONAL LONGSHOREMEN'S ASSN., LOCAL 1273, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–688. LITTLEJOHN v. SHELL OIL CO. ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5456. HOWARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5637. WRIGHT v. BENNETT, JUDGE, ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–5748. HOLMES v. BURR, SHERIFF. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS would grant certiorari.

No. 73–691. HYDE PARK MEDICAL LABORATORY, INC., ET AL. v. ILLINOIS DEPARTMENT OF PUBLIC AID ET AL. C. A. 7th Cir. Motion for fees, costs, and damages for delay under Rule 56 (4) of the Rules of this Court denied. Certiorari denied.